Kane/HBG   N/C mailed w/~~peace~~
York        IFP                STDO

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

George S. Workinger

CIVIL CASE NO. 1:01-CV-130
(To be supplied by
Clerk of the District
Court)

(Enter above the full name of
plaintiff in this action)

V.

William J. Henderson,

Postmaster General,

U.S. Postal Service, Allegheny Area

(Enter above the full name of
defendant(s) in this action)

FILED
HARRISBURG, PA

JAN 2 2 2001

MARY E. D'ANDREA CLERK
Per _____

## COMPLAINT

1. The plaintiff George S. Workinger a citizen of the County of  York

   State of Pennsylvania, residing at 1170 Valley Green Road, Etters, PA 17319

   wishes to file a complaint under 29 C.F.R.1614.405(b)(1)(2);
   (give Title No, etc.)

   42 USC 1983

2. The defendant(s) is or are William J. Henderson, Postmaster General,
   U.S. Postal Service, Allegheny Area

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary.

Defendant's response to plaintiff's complaint and request for reconsideration involved a clearly erroneous interpretation of
(con't)

3.
(Continued) material fact or law. (See EEOC Docket 05A10154 and agency case 4C-175-0057-99). Complaint was timely filed based on defendent's improper, unheard, and untimely action of termination. Only after original basis of complaint was filed was there discovery of age discrimination. Also, complaint filed on behalf of collective bargaining unit (Letter Carriers Union) satisfies all time constraints alleged as untimely by defendant.

(PLEASE SEE ATTACHMENTS)

4. WHEREFORE, plaintiff prays that: United States District Court for the
(State what you wish the Court to do)

Middle District of Pennsylvania provide all applicable remedies available under the titles relevant to this matter.

*(signature)*
(Signature of plaintiff)

1170 Valley Green Road
Street Address

Etters, PA    17319
City,    Zip Code

(717)938-6472
Telephone Number