UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
JAN 22 2001
MARY E. D'ANDREA, CLERK
Per _____

George S. Workinger
(Plaintiff)

v.

William J. Henderson, Postmaster General, Allegheny Area, USPS
(Defendant)

Affidavit/Declaration
In Support of Request
To Proceed
In Forma Pauperis

1:01-CV-130

I, __George S. Workinger__ certify that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I further state that the responses which I have made to the questions and instructions below are true and correct.

1. Are you presently employed?          Yes_____ No__XX__

    a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

    _____

    B. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

    __February 3, 1999   (approximately $800 per month, part-time)__

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or form of self-employment?
                                        Yes_____ No__XX__
    b. Rent payments, interest or dividends?
                                        Yes_____ No__XX__
    c. Pensions, annuities or life insurance payments?
                                        Yes_____ No__XX__
    d. Gifts or inheritances?
                                        Yes__XX__ No_____
    e. Any other sources?
                                        Yes_____ No__XX__

    If the answer to any of the preceding questions is yes, describe each source of money and state the amount received from each during

2

the past twelve months.

<u>Approximately $7,000 received from father's estate.</u>

3. Do you own any cash, or do you have any money in a checking or savings account?        Yes <u>XX</u>  No_____
   If the answer is "yes" to any of the above, describe each source and the amount involved. Joint account with spouse to cover household expenses and family cost of living. Spouse's employment is sole source of income.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?        Yes <u>XX</u>  No_____

   If the answer is yes, describe the property and state its approximate value. <u>Joint ownership with spouse (autos, house and contents with liens attached, less than $10,000)</u>

5. List the persons who are dependent upon you for support; state your relationship to those persons and indicate how much you contribute toward their support. Candice A. Workinger, spouse, house upkeep
   Dustin C. Workinger, son, food, shelter, etc.
   Derek G. Workinger, son, food, shelter, etc.

I understand that a false statement or answer to any questions in this affidavit/unsworn declaration will subject me to penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>January 16, 2001</u>

_____
Signature of Plaintiff