

*see all*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE S. WORKINGER** | : | CIVIL ACTION NO. 1:CV-01-0130 |
| Plaintiff | : | |
| v. | : | (Judge Kane) |
| **WILLIAM J. HENDERSON,** Postmaster General | : | |
| Defendant | : | |

**FILED**
HARRISBURG, PA
JAN 3 0 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

### MEMORANDUM AND ORDER

Currently pending before this Court is Plaintiff's request to proceed in this action in forma pauperis. Plaintiff has filed a declaration in support of his request.

Upon consideration, IT IS ORDERED THAT:

1. Plaintiff is granted leave to proceed in forma pauperis.
2. The Clerk of Court is directed to serve Plaintiff's complaint upon Defendant pursuant to Federal Rule of Civil Procedure 4.
3. Defendant shall respond to the complaint within sixty (60) days after the date of service.

_____
Yvette Kane
United States District Judge

Dated: January 30, 2001.



UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

January 30, 2001

Re:   1:01-cv-00130   Workinger v. Henderson

True and correct copies of the attached were mailed by the clerk to the following:

George S. Workinger
1170 Valley Green Road
Etters, PA  17319         Fax No.: 717-938-1194

```
cc:
Judge                          ( )
Magistrate Judge               (✓)
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 (✓) with N/C attached to complt. and served by:
                                   U.S. Marshal (✓)    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )   PA Atty Gen   ( )
                                        DA of County  ( )   Respondents   ( )

Bankruptcy Court               ( )
Other_____( )
```

MARY E. D'ANDREA, Clerk

DATE: _1-30-01_          BY: _____
                             Deputy Clerk