

DMB:JJT:nz

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE S. WORKINGER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | NO. 1:01-CV- |
| v. | : | |
| | : | |
| WILLIAM J. HENDERSON, | : | (KANE, J.) |
| POSTMASTER GENERAL, U.S. POSTAL | : | |
| SERVICE, ALLEGHENY AREA, | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR ENLARGEMENT OF TIME

**COMES NOW**, the United States of America, by its attorneys, David M. Barasch, United States Attorney for the Middle District of Pennsylvania, and Joseph J. Terz, Assistant United States Attorney for the same district, and respectfully represents to the Court the following facts:

1. On January 22, 2001, the Plaintiff filed a Civil Complaint with this Court pursuant to 42 U.S.C. § 1983.

2. On February 5, 2001, the Summons and Complaint were served upon the U.S. Attorney's Office indicating a response due date within 60 days, or April 6, 2001.

3. The investigative agency will require an additional seven (7) days to provide the U.S. Attorney's Office with copies of all relevant documents.

4. The undersigned did not seek Plaintiff's concurrence because George S. Workinger is proceeding <u>pro</u> <u>se</u>.

5. The Plaintiff's claim will not be prejudiced by this short continuance.

WHEREFORE, respondent requests that the Court grant a seven (7) day extension of time to respond to this Complaint.

>Respectfully submitted,
>
>DAVID M. BARASCH
>United States Attorney
>
>JOSEPH J. TERZ
>Assistant U.S. Attorney
>228 Walnut Street, Suite 220
>P.O. Box 11754
>Harrisburg, Pennsylvania 17108-1754
>(717) 221-4482

Date: April 6, 2001

DMB:JJT:nz

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE S. WORKINGER,           :
        Plaintiff,           :
                                        : NO. 1:01-CV-130
    v.           :

WILLIAM J. HENDERSON,           : (KANE, J.)
POSTMASTER GENERAL, U.S. POSTAL :
SERVICE, ALLEGHENY AREA,       :
        Defendant.           :

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

    That this 6th day of April, 2001, she served a copy of the attached

### MOTION FOR ENLARGEMENT OF TIME

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE:

        George S. Workinger, Pro Se
        1170 Valley Green Road
        Etters, Pennsylvania 17319

                                  Naomi Zimmerman
                                  Legal Secretary

N:\NZimmerman\terz\docs\workinger extension of time to respond.wpd