DMB:JJT:nz

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE S. WORKINGER,           :
                               :
         Plaintiff,            :
                               :   NO. 1:01-CV-130
     v.                        :
                               :
WILLIAM J. HENDERSON,          :   (KANE, J.)
POSTMASTER GENERAL, U.S. POSTAL :
SERVICE, ALLEGHENY AREA,       :
                               :
         Defendant.            :

FILED
HARRISBURG, PA

APR 13 2001

MARY E. D'ANDREA, CLERK
Per _____
            Deputy Clerk

O R D E R

NOW this 12th day of Apr, 2001, IT IS HEREBY ORDERED THAT:

  1. Defendants' Motion is GRANTED; and

  2. A response to the Complaint pursuant to 42 U.S.C. § 1983 must be filed on or before April 13, 2001.

YVETTE KANE
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 13, 2001

Re:  1:01-cv-00130   Workinger v. Henderson

True and correct copies of the attached were mailed by the clerk to the following:

George S. Workinger
1170 Valley Green Road
Etters, PA  17319          Fax No.: 717-938-1194

Joseph J. Terz, Esq.
U.S. Attorney's Office
Room 217, Federal Building
228 Walnut St.
Harrisburg, PA  17108

```
cc:
Judge                          (✓)           ( ) Pro Se Law Clerk
Magistrate Judge               ( )           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

4-13-01