ORIGINAL

DMB:JJT:nz

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE S. WORKINGER,           :
                               :
        Plaintiff,             :
    v.                         :  NO. 1:01-CV-130
                               :
WILLIAM J. HENDERSON,          :  (KANE, J.)
POSTMASTER GENERAL, U.S. POSTAL:
SERVICE, ALLEGHENY AREA,       :
                               :
        Defendant.             :



## DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT

Defendant, by its counsel and pursuant to Fed. R. Civ. P. 8(a)(2) and (e), hereby request the Court to direct Plaintiff to submit a more definite statement in the form of an amended complaint. A brief in support of this motion will be filed pursuant to Local Rule 7.5.

Counsel has not obtained the concurrence of Plaintiff pursuant to Local Rule 7.1 because Plaintiff is proceeding pro se.

Respectfully submitted,

DAVID M. BARASCH
United States Attorney

JOSEPH J. TERZ
Assistant U.S. Attorney
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, Pennsylvania 17108-1754
Date: April 13, 2001      (717) 221-4482

DMB:JJT:nz

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE S. WORKINGER,                :
                                    :
            Plaintiff,              :
                                    :   NO. 1:01-CV-130
      v.                            :
                                    :
WILLIAM J. HENDERSON,               :   (KANE, J.)
POSTMASTER GENERAL, U.S. POSTAL     :
SERVICE, ALLEGHENY AREA,            :
                                    :
            Defendant.              :

CERTIFICATE OF SERVICE

   The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

   That this 13th day of April, 2001, she served a copy of the attached

DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE:

         George S. Workinger, Pro Se
         1170 Valley Green Road
         Etters, Pennsylvania  17319

                              *Naomi Zimmerman*
                              Naomi Zimmerman
                              Legal Secretary

N:\NZimmerman\terz\docs\workinger motion for more definite statement