IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE S. WORKINGER, | : | CIVIL ACTION NO. 1:CV-01-130 |
| **Plaintiff** | : | |
| v. | : | (Judge Kane) |
| WILLIAM J. HENDERSON, POSTMASTER GENERAL, U.S. POSTAL SERVICE, ALLEGHENY AREA, | : | |
| **Defendant** | : | |

**FILED**
HARRISBURG, PA

JUN - 4 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**ORDER**

On April 13, 2001, Defendant, filed a motion for more definite statement. A brief in support of said motion was filed on April 30, 2001. To date, Plaintiff has failed to file any opposition to Defendant's motion for more definite statement.

Accordingly, **IT IS HEREBY ORDERED THAT** no later than June 13, 2001, Plaintiff shall show cause why Defendant's motion should not be deemed as unopposed. If Plaintiff fails to comply with this order, the Court may deem the motion unopposed, pursuant to Local Rule 7.6, and/or dismiss Plaintiffs' claims pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and comply with a court order.

_____
Yvette Kane
United States District Judge

Dated: June ___4___, 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 4, 2001

Re:   1:01-cv-00130    Workinger v. Henders

True and correct copies of the attached w
to the following:

George S. Workinger
1170 Valley Green Road
Etters, PA  17319        Fax No.:  7:

Joseph J. Terz, Esq.
U.S. Attorney's Office
Room 217, Federal Building
228 Walnut St.
Harrisburg, PA  17108

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)
George S. Workingck
Street, Apt. No.; or PO Box No.
1170 Valley Green Rd.
City, State, ZIP+ 4
Etters PA  17319

PS Form 3800, February 2000        See Reverse for Instructions

cc:
Judge                        (✓)                    ( ) Pro Se Law Clerk
Magistrate Judge             ( )                    ( ) INS
U.S. Marshal                 ( )                    ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( )   with N/C attached to complt. and served by:
                                   U.S. Marshal ( )      Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( )   with Petition attached & mailed certified mail
                                   to:  US Atty Gen    ( )   PA Atty Gen ( )
                                        DA of County   ( )   Respondents ( )
Bankruptcy Court             ( )
Other_____       ( )

                                                   MARY E. D'ANDREA, Clerk

6-4-01

