ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE S. WORKINGER,<br>　　　　Plaintiff, | : | CIVIL ACTION 1:CV-01-130 |
| v. | : | (Judge Kane) |
| WILLIAM J. HENDERSON,<br>Postmaster General,<br>　　　　Defendant. | : | FILED<br>HARRISBURG, PA<br>DEC 10 2001<br>MARY E. D'ANDREA, CLERK |

### AMENDED COMPLAINT

1. This is the proper jurisdictional seating to weigh the merits of this civil action since Commonwealth statutes are not applicable.

2. On February 3, 1999 I was terminated by Defendant for allegedly bumping a parked vehicle while working on December 12, 1998. The personnel action was not exercised within the time allotment specified by USPS regulations nor by collective bargaining agreements as mandated by the National Rural Letter Carriers' Association. Also, I was not granted a formal hearing to present evidence, witnesses, etc. which is also entitled by USPS regulations and union contract.

   (1) After initiating this civil action within the specified time I discovered that Defendant violated EEOC statutes regarding age discrimination by offering and granting promotion to a younger co-worker not in the protected class (age 40+) who earned lower placement exam scores than me.

3. The demand for judgement sought includes compensation for past and future wage loss as well as any special damages deemed proper by this Court.

In conclusion, it is hoped this **AMENDED COMPLAINT** comples with the applicable federal rules cited by **ORDER** filed on November 30, 2001. If the pleadings are still unclear and confusing, I request that the Court grant the accompanying motion to appoint counsel.

Respectfully submitted,

Dated: December 8, 2001

George S. Workinger
1170 Valley Green Road
Etters, PA 17319
(717)938-6472

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE S. WORKINGER           :
                              :
          Plaintiff,          :
                              :
     v.                       :       CIVIL ACTION 1:CV-01-130
                              :
WILLIAM J. HENDERSON,         :       (Judge Kane)
Postmaster General,           :
                              :
          Defendant           :

## MOTION TO APPOINT COUNSEL

Upon the discretion of the Court, I hereby make this **MOTION TO APPOINT COUNSEL** based on the following criteria.

1. I previously requested, and this Court granted, to proceed In Forma Pauperis and continue to experience financial hardship.

2. RIGHT TO REQUEST COUNSEL (Z1199) is afforded under Request No. 01997054, Agency No. 4C-175-0057-99 as described February 28, 2001 by the Office of Federal Operations, U.S. Equal Employment Opportunity Commission.

3. Defendant's Counsel is far superior in legal procedure than I and clearly has an unfair advantage.

Wherefore, it is Plaintiff's desire to expedite these proceedings and to comply with the Court's order, it is hoped this **MOTION TO APPOINT COUNSEL** be granted in lieu of a structured settlement offer.

Dated: December 8, 2001                    Respectfully submitted,

                                           *[signature]*

                                           George S. Workinger
                                           Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE S. WORKINGER,

        Plaintiff,

    v.

WILLIAM J. HENDERSON,          CIVIL ACTION 1:CV-01-130
Postmaster General,

        Defendant          (Judge Kane)

## CERTIFICATE OF SERVICE

I hereby certify that the undersigned served a copy of the attached **AMENDED COMPLAINT** and **MOTION TO APPOINT COUNSEL** by placing said copies in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and be depositing sais envelope and contents in the United States Mail at Etters, Pennsylvania.

Addressee:

    Joseph J. Terz
    Assistant U.S. Attorney
    228 Walnut Street, Suite 220
    P.O. Box 11754
    Harrisburg, Pennsylvania 17108

Dated: December 8, 2001

                                                    George S. Workinger
                                                    Plaintiff