

DMB:JJT:nz

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE S. WORKINGER,        :
                            :
        Plaintiff,          :
                            :  NO. 1:01-CV-130
    v.                      :
                            :
WILLIAM J. HENDERSON,       :  (KANE, J.)
POSTMASTER GENERAL, U.S. POSTAL :
SERVICE, ALLEGHENY AREA,    :
                            :
        Defendant.          :

## MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the United States Attorney's Office, on behalf of Defendant William J. Henderson, Postmaster General; U.S. Postal Service, respectfully moves this Court to dismiss the above captioned matter for failure to state a claim for which relief can be granted.

                    Respectfully submitted,

                    MARTIN C. CARLSON
                    United States Attorney


                    JOSEPH J. TERZ
                    Assistant United States Attorney
                    228 Walnut Street, Suite 220
                    P.O. Box 11754
                    Harrisburg, Pennsylvania 17108-1754
                    (717) 221-4482

Dated: December 20, 2001

DMB:JJT:nz

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE S. WORKINGER,                :
                                    :
        Plaintiff,                  :
                                    :  NO. 1:01-CV-130
    v.                              :
                                    :
WILLIAM J. HENDERSON,               :  (KANE, J.)
POSTMASTER GENERAL, U.S. POSTAL     :
SERVICE, ALLEGHENY AREA,            :
                                    :
        Defendant.                  :

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on December 20, 2001, she served a copy of the foregoing

**MOTION TO DISMISS**

by placing a copy in a postpaid envelope addressed to the persons hereinafter named, at the places and addresses stated below, which is the last known addresses, and by depositing said envelopes and contents in the United States Mail at Harrisburg, Pennsylvania to:

George S. Workinger, Pro Se
1170 Valley Green Road
Etters, Pennsylvania   17319

Naomi Zimmerman
Legal Secretary

N:\NZimmerman\terz\docs\workinger motion to dismiss.wpd