(16)
1-4-01
sc

ORIGINAL

MCC:JJT:nz

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG
JAN 03 2002
MARY E. D'ANDREA, CLERK
Per
DEPUTY CLERK

| | | |
|---|---|---|
| GEORGE S. WORKINGER, Plaintiff, | : | NO. 1:01-CV-130 |
| v. | : | |
| WILLIAM J. HENDERSON, POSTMASTER GENERAL, U.S. POSTAL SERVICE, ALLEGHENY AREA, Defendant. | : | (KANE, J.) |

**MOTION FOR ENLARGEMENT OF TIME**

**COMES NOW**, the United States of America, by its attorneys, Martin C. Carlson, United States Attorney for the Middle District of Pennsylvania, and Joseph J. Terz, Assistant United States Attorney for the same district, and respectfully represents to the Court the following facts:

1. On January 22, 2001, the Plaintiff filed an employment discrimination action against Defendant.

2. On December 11, 2001, Plaintiff filed and served an Amended Complaint.

3. On December 26, 2001, Defendant filed a Motion to Dismiss.

4. Due to his other litigative responsibilities, including preparing for a medical malpractice trial on the January trial list, Defendant will require an additional ten (10) days, until January 14, 2001, to file a supporting brief.

5. The undersigned did not seek Plaintiff's concurrence because George S. Workinger is proceeding pro se.

6. The Plaintiff's claim will not be prejudiced by this short continuance.

WHEREFORE, Defendant requests that the Court grant a ten (10) day extension of time to file a supporting brief.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

JOSEPH J. TERZ
Assistant U.S. Attorney
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, Pennsylvania 17108-1754
(717) 221-4482

Date: January 4, 2002

MCC:JJT:nz

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE S. WORKINGER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | NO. 1:01-CV-130 |
| v. | : | |
| | : | |
| WILLIAM J. HENDERSON, | : | (KANE, J.) |
| POSTMASTER GENERAL, U.S. POSTAL | : | |
| SERVICE, ALLEGHENY AREA, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 4th day of January, 2002, she served a copy of the attached

**MOTION FOR ENLARGEMENT OF TIME**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE:

George S. Workinger, Pro Se
1170 Valley Green Road
Etters, Pennsylvania 17319

Naomi Zimmerman
Naomi Zimmerman
Legal Secretary

N:\NZimmerman\terz\docs\workinger extension of time to file brief.wpd