IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE S. WORKINGER,            :
                                :
            Plaintiff,           :
                                :   NO. 1:01-CV-130
        v.                       :
                                :
WILLIAM J. HENDERSON,           :   (KANE, J.)
POSTMASTER GENERAL, U.S. POSTAL :
SERVICE, ALLEGHENY AREA,        :
                                :
            Defendant.           :

O R D E R

NOW this 8th day of January, 2002, IT IS HEREBY ORDERED THAT:

1. Defendant's Motion is GRANTED; and

2. Defendant's Brief in Support of his Motion to Dismiss shall be filed on or before January 14, 2002.

BY THE COURT:

_____
YVETTE KANE
United States District Judge

FILED
HARRISBURG

JAN 0 8 2002

MARY E. D'ANDREA, CLERK
Per_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 8, 2002

Re:  1:01-cv-00130   Workinger v. Henderson

True and correct copies of the attached were mailed by the clerk to the following:

George S. Workinger
1170 Valley Green Road
Etters, PA  17319         Fax No.: 717-938-1194

Joseph J. Terz, Esq.
U.S. Attorney's Office
Room 217, Federal Building
228 Walnut St.
Harrisburg, PA  17108

```
cc:
Judge                        (✓)        ( ) Pro Se Law Clerk
Magistrate Judge             ( )        ( ) INS
U.S. Marshal                 ( )        ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                                 to: US Atty Gen ( )   PA Atty Gen ( )
                                     DA of County ( )  Respondents ( )
Bankruptcy Court             ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

1-8-02

