*see all*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE S. WORKINGER, | : | CIVIL ACTION NO. 1:CV-01-130 |
| Plaintiff, | : | (Judge Kane) |
| | : | |
| v. | : | |
| | : | |
| WILLIAM J. HENDERSON, | : | |
| Postmaster General, | : | |
| Defendant. | : | |

**FILED**
HARRISBURG, PA

FEB 1 3 2002

MARY E. D'ANDREA, CLERK
PER_____
    DEPUTY CLERK

## ORDER

On December 10, 2001, Plaintiff filed a motion for appointment of counsel. However, to date Plaintiff has not filed a brief in support of his motion, as required by Local Rule 7.5. THEREFORE, the motion (doc. 14) is deemed WITHDRAWN, without prejudice to refile with the required brief.

_____
Yvette Kane
United States District Judge

Dated: February 13, 2002.

```
             UNITED STATES DISTRICT COURT
                      FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

             * * MAILING CERTIFICATE OF CLERK * *

                    February 13, 2002
```

Re: 1:01-cv-00130    Workinger v. Henderson

True and correct copies of the attached were mailed by the clerk to the following:

```
    George S. Workinger
    717-938-1194
    1170 Valley Green Road
    Etters, PA  17319

    Joseph J. Terz, Esq.
    U.S. Attorney's Office
    Room 217, Federal Building
    228 Walnut St.
    Harrisburg, PA  17108
```

```
cc:
Judge                          ( )              ( ) Pro Se Law Clerk
Magistrate Judge               (/)              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )
                                                MARY E. D'ANDREA, Clerk
```

DATE: _2/13/02_             BY: _[signature]_
                                Deputy Clerk

Case 1:01-cv-00130-YK   Document 20   Filed 02/13/2002   Page 3 of 3