*see also*

㉑
2-14-02
sc

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE S. WORKINGER,<br>　　　Plaintiff, | : <br> : <br> : | CIVIL ACTION NO. 1:CV-01-130<br>(Judge Kane) |
| v. | : <br> : | |
| WILLIAM J. HENDERSON,<br>Postmaster General,<br>　　　Defendant. | : <br> : <br> : | |

FILED
HARRISBURG, PA

FEB 1 3 2002

MARY E. D'ANDREA, CLERK
PER_____
　　　　DEPUTY CLERK

## ORDER

On December 20, 2001, Defendant filed a Motion to Dismiss Plaintiff's Complaint. After this Court granted Defendant's request for an extension of time, a Brief in Support of the Motion to Dismiss was filed on January 14, 2002. Pursuant to Local Rule 7.6, Plaintiff's responsive brief was due on February 1, 2002. To date, Plaintiff has not filed a response to the Defendant's Motion to Dismiss.

Accordingly, **IT IS HEREBY ORDERED THAT** no later than **February 25, 2002**, Plaintiff shall show cause why no response was filed and, therefore, why the Motion to Dismiss should not be granted as unopposed.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Yvette Kane
　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: February 13, 2002.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 13, 2002

Re: 1:01-cv-00130    Workinger v. Henderson

True and correct copies of the attached were mailed by the clerk to the following:

George S. Workinger
717-938-1194
1170 Valley Green Road
Etters, PA  17319

Joseph J. Terz, Esq.
U.S. Attorney's Office
Room 217, Federal Building
228 Walnut St.
Harrisburg, PA  17108


cc:
Judge                               (✓)              ( ) Pro Se Law Clerk
Magistrate Judge                    ( )              ( ) INS
U.S. Marshal                        ( )              ( ) Jury Clerk
Probation                           ( )
U.S. Attorney                       ( )
Atty. for Deft.                     ( )
Defendant                           ( )
Warden                              ( )
Bureau of Prisons                   ( )
Ct Reporter                         ( )
Ctroom Deputy                       ( )
Orig-Security                       ( )
Federal Public Defender             ( )
Summons Issued                      ( ) with N/C attached to complt. and served by:
                                        U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                 ( )
Order to Show Cause                 ( ) with Petition attached & mailed certified mail
                                        to:  US Atty Gen   ( )   PA Atty Gen ( )
                                             DA of County  ( )   Respondents ( )
Bankruptcy Court                    ( )
Other_____        ( )

                                                    MARY E. D'ANDREA, Clerk

DATE: _2/13/02_        BY: _SJ8_
                                                                                   Deputy Clerk