JUDGE'S COPY

FILED
FEB 15 2002
PER _____
HARRISBURG, PA DEPUTY CL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE S. WORKINGER,           :
                               :
          Plaintiff            :
                               :
     v.                        :   CIVIL ACTION 1:CV-01-130
                               :
WILLIAM J. HENDERSON,          :   (Judge Kane)
Postmaster General,            :
                               :
          Defendant            :

**MOTION FOR APPOINTMENT OF COUNSEL**

Plaintiff requests that the Court grant this Motion For Appointment Of Counsel based on the prior Motion dated on December 8, 2001 and the following criteria.

The time barred defense cited by Defendant in section II.C. of the Motion To Dismiss is irrelevant since all timeliness requirements were satisfied along with the initial grievance filed through the Rural Letter Carriers' Union nine days after the employment termination and well within statutory limits.

This Civil Action (1:CV-01-130) should not proceed further without equal representation in the form of Court appointed counsel as supported in the accompanying Brief In Support Of Appointment Of Counsel. I simply cannot understand all of the legal procedures and require assistance to proceed further.

Respectfully submitted,

George S. Workinger
1170 Valley Green Road
Etters, PA 17319
(717)938-6472

Dated: February 14, 2002