IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE S. WORKINGER,

    Plaintiff

v.

WILLIAM J. HENDERSON,
Postmaster General,

    Defendant

CIVIL ACTION 1:CV-01-130

(Judge Kane)

**BRIEF IN SUPPORT OF MOTION TO APPOINT COUNSEL**

This Motion To Appoint Counsel is supported primarily under Request No. 01997054, Agency No. 4C-175-0057-99 as described by the Office of Federal Operations, U.S. Equal Opportunity Employment Commission, RIGHT TO REQUEST COUNSEL (Z1199).

I cannot otherwise afford independent counsel. This is verified by the Court's previously granted Right To Proceed <u>In Forma Pauperis</u> dated January 30, 2001 and continue to experience financial hardship.

Certain assumptions made by Defendant in the Motion/Brief for Dismissal are misleading, particularly time barred elements, etc. The Rural Letter carriers' Union contract should be made a part of this Civil Action's record in order to properly research and document findings of fact as stated by both parties.

Therefore, it is requested that the Court grant this Motion To Appoint Counsel in lieu of any structured settlement attempts.

Respectfully submitted,

*[signature]*

George S. Workinger
1170 Valley Green Road
Etters, PA 17319
(717)938-6472

Dated: February 14, 2002