IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE S. WORKINGER             :
       Plaintiff            :
                            :
   v.                       :
                            :    CIVIL ACTION 1:CV-01-130
WILLIAM J. HENDERSON,            :
Postmaster General,              :    (Judge Kane)
                            :
       Defendant            :

**PLAINTIFF'S ANSWER TO FEBRUARY 13, 2002 ORDER
TO SHOW CAUSE WHY NO RESPONSE WAS FILED TO DEFENDANT'S
MOTION TO DISMISS AND SHOULD BE GRANTED AS OPPOSED**

I. The allegations as restated in Defendant's Motion To Dismiss are limited in scope and rely entirely on previous case law as a basis for consideration. There is no reference anywhere in the record that the employment termination was due to age. The record shows that the age discrimination occured during and before the employment termination took place.

II. Once an employment grievance is initiated through the Rural Letter Carriers Union all of the qualifying requirements for time and relief are also satisfied and the Defendant is compelled to handle in a timely and proper fashion.

III. The legal procedures cited in Defendant's Motion To Dismiss far exceed the capabilities of an ordinary, prudent Plaintiff and further support the accompanying Motion For Appointment Of Counsel to be refiled with the required brief.

Therefore, it is requested that the Court deem Defendant's Motion To Dismiss as opposed and grant relief as prescribed.

                                                 Respectfully submitted,

                                                 George S. Workinger
                                                 1170 Valley Green Road
                                                 Etters, PA 17319
Dated: February 14, 2002                 (717)938-6472